# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1875
LT Case No. 2022-DP-111

_____

T.A., MOTHER OF P.S., A CHILD,

Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Samuel T. Lea, of Law Office of Samuel T. Lea, LLC., Orlando,
for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee.

Jamie Billotte Moses, of Holland & Knight LLP, Orlando, for
Guardian ad Litem.

September 11, 2023

NOTICE OF CONCESSION OF ERROR


PER CURIAM.

Appellant appeals a final judgment terminating her parental rights. Appellee, the Department of Children and Families, has filed a concession of error. We accept the concession of error, reverse the Order on Verified Petition for Expedited Termination of Parental Rights, and remand for further proceedings.

REVERSED and REMANDED.

MAKAR, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

2